JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

United Specialty Insurance Company, a corporation,

        Plaintiff,

v.

Clean & Sober Media, LLC, a Limited Liability Company; Richard Taite, an individual; Grasshopper House, LLC, a Limited Liability Company

Case No. 2:20-cv-02765-RGK-KS

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS THIRD PARTY COMPLAINT AGAINST HISCOX INSURANCE COMPANY AND SCOTTSDALE INSURANCE COMPANY

*[Filed Concurrently with Joint Stipulation to Dismiss Third Party Complaint]*

Judge:  Hon. R. Gary Klausner
         Ctrm. 850

Discovery Cutoff:  April 19, 2021
Motion Cutoff:     May 3, 2021
Trial Date:        August 3, 2021

AND RELATED CROSS-ACTIONS

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS THIRD-PARTY COMPLAINT AGAINST HISCOX INSURANCE COMPANY AND SCOTTSDALE INSURANCE COMPANY

PROPOSED ORDER DOCX

The Court, having reviewed the Joint Stipulation to Dismiss Third Party Complaint of Third Party Claimants Clean & Sober Media, LLC and Richard Taite (collectively, "CSM") against HISCOX INSURANCE COMPANY ("HISCOX") and SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and finding good cause therein, HEREBY ORDERS that:

1.     The Third Party Complaint brought by CSM against HISCOX and SCOTTSDALE will be dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

July 9, 2021

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

PROPOSED ORDER DOCX

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28